JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BULLOCK,<br>aka ANTWAN BURT,<br><br>    Petitioner,<br><br>    vs.<br><br>T. FELKER, Warden,<br><br>    Respondent. | Case No. CV 07-2475-R  (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition as untimely; and (3) denying the Petition and dismissing this action with prejudice.

DATED: November 24, 2008

_____
HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge